

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY,**
Appellant

v.

Phillip **MURRAY,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
The Honorable Monique Diaz, Judge Presiding

# O R D E R

On February 3, 2022, we ordered appellant to file written proof that she had paid court reporter Sachiko Nagao the remaining balance due for Ms. Nagao's volume of the reporter's record. On February 15, 2022 and February 16, 2022, appellant filed the written proof required by our order, and on February 17, 2022, Ms. Nagao filed her volumes of the record. Because our records indicate the appellate record is now complete, appellant's brief is due **March 21, 2022**. *See* TEX. R. APP. P. 38.6(1)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court